BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPREET SINGH, | No. 2:12-cv-754 LJO GSA |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| Janet Napolitano, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application for adjustment of status by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. CIS has issued a request for evidence; the response is due on September 1, 2012. The parties therefore stipulate that the time for the filing the government's answer to the complaint be extended to September 17, 2012, and that the status conference, currently set for August 28, 2012, be extended to sometime after the new answer date.

DATED: JULY 13, 2012        Respectfully submitted,
                            BENJAMIN B. WAGNER
                            United States Attorney

                             /s/ Audrey B. Hemesath
                            Audrey B. Hemesath
                            Assistant U.S. Attorney

                            /s/ James Makasian
                            James Makasian
                            Attorney for Plaintiffs

-1-

1
2                                    ORDER
3       Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
4  ORDERED that the time for filing the answer is extended until September 17, 2012.  Further, the
5  Initial Scheduling Conference set for August 28, 2012, at 9:00 a.m. IS HEREBY CONTINUED
6  to October 15, 2012, at 10:00 a.m. before the undersigned.
7
8       IT IS SO ORDERED.
9       Dated:   **July 16, 2012**                    /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28