BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPREET SINGH, <br><br> Plaintiffs, <br><br> v. <br><br> Janet Napolitano, et al. <br><br> Defendants. | No. 2:12-cv-754 LJO GSA <br><br> JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application for adjustment of status by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. CIS has issued a request for evidence; the response is due on September 1, 2012. The parties therefore stipulate that the time for the filing the government's answer to the complaint be extended to September 17, 2012, and that the status conference, currently set for August 28, 2012, be extended to sometime after the new answer date.

DATED: JULY 13, 2012                Respectfully submitted,
                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Audrey B. Hemesath
                                    Audrey B. Hemesath
                                    Assistant U.S. Attorney

                                    /s/ James Makasian
                                    James Makasian
                                    Attorney for Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for filing the answer is extended until September 17, 2012.  Further, the Initial Scheduling Conference set for August 28, 2012, at 9:00 a.m. IS HEREBY CONTINUED to October 15, 2012, at 10:00 a.m. before the undersigned.

IT IS SO ORDERED.

Dated:   July 16, 2012                              /s/ Gary S. Austin
                                                              UNITED STATES MAGISTRATE JUDGE