1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPREET SINGH, | No. CV F 12-754 LJO GSA |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: DISMISSAL. |
| v. | |
| Janet Napolitano, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application for adjustment of status by U.S. Citizenship and Immigration Services (CIS).  The application has now been approved, and accordingly the parties stipulate to dismissal of the lawsuit as moot, each party to bear its own cost of litigation.

DATED: September 10, 2012         Respectfully submitted,
                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                   /s/ Audrey B. Hemesath_____
                                  Audrey B. Hemesath
                                  Assistant U.S. Attorney

                                  /s/ James Makasian
                                  James Makasian
                                  Attorney for Plaintiffs

-1-

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is dismissed.

IT IS SO ORDERED.

Dated:   September 11, 2012                     /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE