BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANPREET SINGH, | No. CV F 12-754 LJO GSA |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: DISMISSAL. |
| v. | |
| Janet Napolitano, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application for adjustment of status by U.S. Citizenship and Immigration Services (CIS). The application has now been approved, and accordingly the parties stipulate to dismissal of the lawsuit as moot, each party to bear its own cost of litigation.

DATED: September 10, 2012        Respectfully submitted,
                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Audrey B. Hemesath_____
                                 Audrey B. Hemesath
                                 Assistant U.S. Attorney

                                 /s/ James Makasian
                                 James Makasian
                                 Attorney for Plaintiffs

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is dismissed.

IT IS SO ORDERED.

Dated:   September 11, 2012              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE